NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARIA CECILIA HURTADO-CASTELLANOS, <br><br> Petitioner, <br><br> v. <br><br> ERIC H. HOLDER, Jr., Attorney General, <br><br> Respondent. | No. 09-71245 <br><br> Agency No. A074-820-053 <br><br> MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted April 5, 2011[**]

Before:     B. FLETCHER, CLIFTON, and BEA, Circuit Judges.

Maria Cecilia Hurtado-Castellanos, a native and citizen of Mexico, petitions

for review of the Board of Immigration Appeals' ("BIA") order denying her

motion to reopen deportation proceedings. Our jurisdiction is governed by

8 U.S.C. § 1252. We review for abuse of discretion the BIA's denial of a motion

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

to reopen. *Iturribarria v. INS*, 321 F.3d 889, 894 (9th Cir. 2003). We deny in part and dismiss in part the petition for review.

The BIA did not abuse its discretion in denying Hurtado-Castellanos's motion to reopen as untimely because she filed the motion more than eight years after the final order of removal, *see* 8 C.F.R. § 1003.2(c)(2), and she failed to establish the due diligence required for equitable tolling of the filing deadline, *see Iturribarria*, 321 F.3d at 897.

We lack jurisdiction to review Hurtado-Castellanos's contention that the BIA should have invoked its sua sponte authority to reopen her proceedings. *See Mejia-Hernandez v. Holder*, No. 07-74277, 2011 WL 240357, at * 3-4 (9th Cir. Jan. 27, 2011).

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**